UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AGUILA FOOD DISTRIBUTION LLC, § § Plaintiff, § § VS. § NATIONAL LABOR RELATIONS BOARD, § *et al.*, § § Defendants. § | CIVIL ACTION NO. 7:24-CV-00395 |

### ORDER GRANTING UFCW LOCAL 455'S MOTION TO INTERVENE, FOR LEAVE TO FILE BRIEF, AND FOR LEAVE TO APPEAR AT HEARING

Now before the Court is UFCW Local 455's Emergency Unopposed Motion to Intervene, for Leave to File Brief, and for Leave to Appear at Temporary Restraining Order Hearing. [Dkt. 17] As the Motion is unopposed, the Court hereby **ORDERS** that the Motion is **GRANTED**. The Clerk is directed to file UFCW Local 455's Memorandum of Law, which was attached to the Motion. [Dkt. 17-1].

SO ORDERED October 2, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge